UniTED STATES Bankruptcy Court

Northern District of Texas

Case 12-03055-hdh
Adversary Proceeding

Tracy Nixon
  Plaintiff
v.
Attorney General of
The STATE of Texas
   Greg Abbott
   Defendant

FILED
JUL 13 2012
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Findings of fact and
Conclusion of Law

To THE Honorable court, Plaintiff Tracy Nixon files Request for findings of fact and Conclusion of Law. of the set hearing In the U.S. Bankruptcy court for June 29, 2012 at 9:00 Am.

Before the Honorable Harlin Dewayne Hale at U.S. Bankruptcy Court, 1100 Commerce St. 14 floor Courtroom, Dallas Tx 75242.
TO: Consider Request for Summons and Jury Demand.
filed by the Plaintiff, Tracy Shon Nixon. Please Respond to this request to the provided address of Plaintiff's.
cc: for The Court
Tawana C. Marshall,
Clerk of Court. With the Judges Order. Attached.,

## Certificate of Service

I hereby Certify That A Motion for Request of findings of fact and Conclusion of law was hand Delivered to the Dallas County Sherriff Department on July 11, 2012 to be placed In the U.S. Mail. and Delivered to the above mentioned address.

Respectfully Submitted
Tracy Nixon Pro Se  12027648
N5E07
P.O. Box 660334
Dallas, Texas 75214